IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES CONNORS
ADC #147668                                                              PLAINTIFF

v.                         No. 5:15-cv-115-DPM

WENDY KELLEY, Director, ADC; BENNY
MAGNESS, Chairman, ADC; LARRY MAY,
Deputy Director, ADC; and FAGGIN,
Parole Officer, Grimes Unit                                              DEFENDANTS

JUDGMENT

Connors's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 May 2015